AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Southern District of West Virginia

| | |
|---|---|
| United States of America<br>v.<br><br>Bernabe Montalvo Salas<br><br>*Defendant(s)* | Case No. 2:25-mj-00084 |

**FILED APR 11 2025**
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **March 28, 2025** in the county of **Kanawha** in the **Southern** District of **West Virginia**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) | Reentry of removed aliens |

This criminal complaint is based on these facts:

On or about March 28, 2025, at or near Charleston, Kanawha County, West Virginia, within the Southern District of West Virginia, BERNABE MONTALVO SALAS, an alien who had been denied admission, excluded, deported, and removed from the United States, was found in the United States without having obtained the express consent of the Secretary of Homeland Security to reapply for admission to the United States.

☐ Continued on the attached sheet.

*Complainant's signature*

Zachary Sedam, Special Agent
*Printed name and title*

Attested to by the complainant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: April 11, 2025

*Judge's signature*

City and state: Charleston, West Virginia    Dwane L. Tinsley, United States Magistrate Judge
*Printed name and title*